**Order filed June 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00186-CV

_____

## SIGNORA LYNCH, Appellant

## V.

## KAREN GEORGE-BAUNCHAND AND JOHN C. OSBORNE, Appellees

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2012-64880

## O R D E R

Appellant's brief was due May 22, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 7, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM